STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Karen Selvage

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA

~~SAN FRANCISCO~~ DIVISION

| | |
|---|---|
| **United States of America,** | Case Number: cr 18-208 RMI |
| Plaintiff, | |
| v. | **Joint Stipulation and [~~Proposed~~] Order Continuing Sentencing Date** |
| **Karen Selvage,** | Date: January 14, ~~2018~~ 2019<br>Time: 11:00 a.m. |
| Defendants. | |

**STIPULATION**

Defendant Selvage had a stroke on October 9, 2018. She received brain surgery the next day. She was then in a medically induced coma for three-weeks. She is currently recuperating in an acute rehabilitation center in Oakland. In light of her recovery and needs, the parties are seeking a continuance to permit her to recover and go through rehabilitation. Accordingly, counsel jointly request a continuance of the presently set sentencing hearing from January 14, 2018, at 11:00 a.m., to **July 15, 2018, at 11:00 a.m.**

SO STIPULATED.

Jt. Stip. Cont. Sentencing & [~~Prop.~~] Order
cr 18-208 RMI                              1

SO STIPULATED.

Dated: November 28, 2018          /s/ *Denise Oki*
                                  DENISE OKI
                                  Special Assistant United States Attorney

Dated: November 28, 2018          /s/ *Candis Mitchell*
                                  CANDIS MITCHELL
                                  Attorney for Defendant Selvage

# [~~Proposed~~] Order

For the reasons stated above, the Court continues the sentencing hearing date from January 14, ~~2018~~ 2019, at 11:00 a.m., to **July 15, ~~2018~~ 2019, at 11:00 a.m.**

SO ORDERED.

Dated: 11/29/2018

**Robert M. Illman**
United States Magistrate Judge