STEVEN G. KALAR
Federal Public Defender
ANGELA CHUANG
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
angela_chuang@fd.org

Counsel for Defendant Karen Selvage

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| United States of America, | Case Number: cr 18-208 RMI |
|---|---|
| Plaintiff, | |
| v. | **Joint Stipulation and [Proposed] Order Continuing Sentencing Date** |
| Karen Selvage, | Date: November 18, 2019<br>Time: 11:00 a.m. |
| Defendants. | |

**STIPULATION**

Defendant Selvage had a stroke on October 9, 2018. She received brain surgery the next day, and was in a medically induced coma for three weeks. She then recuperated in an acute rehabilitation center in Oakland. This spring, she moved out of state to continue her rehabilitation, which is ongoing.

In light of her recovery and needs, the parties are seeking a continuance to permit her to recover and go through rehabilitation. Accordingly, counsel jointly request a continuance of the presently set sentencing hearing from November 18, 2019, at 11:00 a.m., to **May 11, 2020, at 11:00 a.m.**

Jt. Stip. Cont. Sentencing & [Prop.] Order
cr 18-208 RMI                                             1

SO STIPULATED.

Dated: October 11, 2019          /s/ Denise Oki
                                 DENISE OKI
                                 Special Assistant United States Attorney

Dated: October 11, 2019          /s/ Angela Chuang
                                 ANGELA CHUANG
                                 Attorney for Defendant Selvage

## [Proposed] Order

For the reasons stated above, the Court continues the sentencing hearing date from November 18, 2019, at 11:00 a.m., to **May 11, 2020, at 11:00 a.m.**

SO ORDERED.

Dated: 10/16/2019

Robert M. Illman
United States Magistrate Judge