1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney

2
    HALLIE HOFFMAN (CABN 210020)
3   Chief, Criminal Division

4   DENISE M. OKI (CABN 311212)
    Special Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7196
7       FAX: (415) 436-7234
        Email: Denise.Oki@usdoj.gov

8
    Attorneys for United States of America

9
                    UNITED STATES DISTRICT COURT

10
                    NORTHERN DISTRICT OF CALIFORNIA
11                              EUREKA
                        ~~SAN FRANCISCO~~ DIVISION

12

13   UNITED STATES OF AMERICA,              )   NO. 18-CR-208 RMI
                                            )
14          Plaintiff,                      )   NOTICE OF DISMISSAL
                                            )
15       v.                                 )
                                            )
16   KAREN SELVAGE,                         )
                                            )
17          Defendant.                      )
                                            )
18

19          With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20   States Attorney for the Northern District of California dismisses the above information against Karen

21   Selvage with prejudice.

22

23   DATED: December 9, 2020                         Respectfully submitted,

24                                                   DAVID L. ANDERSON
                                                     United States Attorney
25

26                                                   _____
                                                     KATHERINE L. WAWRZYNIAK
27                                                   Deputy Chief, General Crimes
                                                     Assistant United States Attorney
28

NOTICE OF DIMISSAL                          1
CR 18-208 RMI

1          **[PROPOSED] ORDER**

2          Leave is granted to the government to dismiss the information against Karen Selvage with

3    prejudice, and all dates currently set in the matter are hereby VACATED.

4

5          IT IS SO ORDERED.

6

7

8    DATED:   12/14/2020

          THE HONORABLE ROBERT M. ILLMAN
9                                     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DIMISSAL                      2
CR 18-208 RMI